**Order entered September 22, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00797-CV

## DAVE HOING, Appellant

## V.

## THE PHILLY LIVING TRUST AND LOUISE NELSON, Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-14072

## ORDER

Before the Court is appellant's September 10, 2020 motion to extend time to file his notice of appeal. We **GRANT** the motion and deem the notice of appeal filed August 28, 2020 timely for jurisdictional purposes.

We note the clerk's record has not been filed because appellant has not paid for it. To the extent payment has not been made pending disposition of the extension motion, we **ORDER** appellant to file written verification of payment no

later than October 2, 2020.  We caution appellant that failure to comply may result in the appeal being dismissed without further notice.  *See* TEX. R. APP. P. 37.3(b).

/s/    ERIN A. NOWELL
           JUSTICE